## BRADLEY & CURRIER CO., Limited, Appellant, v. LALLY, Respondent.

(Common Pleas of New York City and County, General Term.　March 17, 1893.)

Appeal from city court, general term.
Action by the Bradley & Currier Company against James J. Lally.

Geo. F. Alexander, for appellant.
Theo. H. Friend, for respondent.
No opinion. Judgment affirmed.   See 21 N. Y. Supp. 1044.